707 A.2d 510

John HOLLAWELL, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 31st, day of March, 1998, the Order of the Commonwealth Court is affirmed.